UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MATTHEW ERIC BISHOP,

                Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE, et al.,

                Defendants.

24-CV-5733 (DEH)

ORDER

---

DALE E. HO, United States District Judge:

WHEREAS on **July 30, 2024**, Plaintiff filed a petition for writ of mandamus, and on **August 16, 2024**, counsel for Defendants appeared,

IT IS HEREBY ORDERED that by **September 9, 2024**, the Plaintiff shall file a memorandum of law in support of Plaintiff's request for a writ of mandamus. The memorandum shall not exceed <u>fifteen</u> pages. The Government shall, by **September 30, 2024**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed <u>fifteen</u> pages. Plaintiff shall, by **October 14, 2024**, file any reply memorandum that shall not exceed <u>eight</u> pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules, available at https://nysd.uscourts.gov/hon-dale-e-ho.

SO ORDERED.

Dated: August 19, 2024
       New York, New York

                                                      DALE E. HO
                                              United States District Judge